UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable William M. Wunderlich
United States Magistrate Judge
Yosemite, California

                RE:    Roy KOCH
                      Docket Number:   6:08M00248-01
                      **REQUEST FOR CONTINUANCE FOR SENTENCING**

Your Honor:

The purpose of this memorandum is to respectfully request the above-noted defendant's date of sentencing be continued from June 2, 2009, to July 14, 2009. The reason for the continuance is the probation officer has requested documentation pertaining to the defendant's criminal history, and said documents have not yet been received. Mr. Koch has numerous arrests and convictions, some of which were not on his criminal history printout. I have spoken with defense counsel and the government and neither is opposed to the continuance.

If you require any additional information regarding this matter, please do not hesitate to contact me at (209) 574-9481.

                      Respectfully submitted,

                      /s/ Casey Horner, Sr.

                      **CASEY HORNER, SR.**
                      **Senior United States Probation Officer**

Dated:       May 27, 2009
                Modesto, California
                CKH:lr

**RE:   Roy KOCH**
       **Docket Number:   6:08M00248-01**
       **REQUEST FOR CONTINUANCE FOR SENTENCING**

IT IS SO ORDERED.

**Dated:   May 28, 2009**                    /s/  William M. Wunderlich
                                             UNITED STATES MAGISTRATE JUDGE