**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016

Attorney for Defendant, ROY KOCH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                         )<br>              Plaintiff,                         )<br>                                                         )<br>                                                         )<br>                                                         )<br>                                                         )<br>vs                                                     )<br>                                                         )<br>ROY KOCH,                                    )<br>                                                         )<br>              Defendant.                   )<br>                                                         )<br>_____) | CASE NO. 6:08-mj-00248-WMW<br><br>STIPULATION TO CONTINUE<br>SENTENCING HEARING;<br>ORDER<br><br><br>Date:   August 11, 2009<br>Time:   10:00 a.m.<br>Judge:   Hon. Edmund F. Brennan |

   IT IS HEREBY STIPULATED by and between the Defendant, ROY KOCH, his Attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, ED DUNLAVEY, that the Sentencing Hearing in the above-captioned matter currently scheduled for July 28, 2009, at 10:00 a.m. be continued until August 11, 2009 at 10:00 a.m.  The Probation Officer has advised counsel that the Presentence Report will not be available until at least July 20, 2009.  The requested continuance will provide sufficient time for defense counsel

///
///
///
///
///

1
STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON

1  to review the report and communicate with the Defendant, who resides out of state. The
2  continuance will also provide sufficient time for preparation of any relevant objections/replies to
3  the Presentence Report prior to the sentencing hearing and will conserve time and resources for
4  all parties and the court.

5  Dated: July 16, 2009

6                                                            By:  /s/ Carol Ann Moses
7                                                                  CAROL ANN MOSES
                                                                    Attorney for Defendant
8                                                                      ROY KOCH

9  Dated: July 16, 2009

10                                                         By:  /s/ Ed Dunlavey
                                                                    ED DUNLAVEY
                                                                     Legal Officer for the
11                                                                     National Park Service

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 ***PROPOSED ORDER***

2   The Court, having reviewed the above request for a Continuance of Sentencing Hearing
3 until August 11, 2009, and Order Thereon, HEREBY ORDERS AS FOLLOWS:
4   1.   The Sentencing Hearing for Defendant, ROY KOCH, shall be continued
5        to August 11, 2009 at 10:00 a.m.

6 Dated: _____, 2009

By: _____
United States Magistrate Judge

8   IT IS SO ORDERED.

9   **Dated:   July 20, 2009         /s/ Donald A. Scheer**
UNITED STATES MAGISTRATE JUDGE