1   **CAROL ANN MOSES #164193**
    Attorney at Law
2   545 East Alluvial, Suite #112
    Fresno, California 93720
3   Telephone: (559) 449-9069
    Facsimile: (559) 449-9016
4

5   Attorney for Defendant,
    ROY  KOCH
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )      CASE NO. 6:08-mj-00248-YNP
                                       )
12              Plaintiff,             )
                                       )      DEFENDANT'S MOTION TO
13  v.                                 )      AMEND SURRENDER DATE AND
                                       )      ORDER THEREON
14  ROY KOCH, JR,                      )
                                       )
15              Defendant.             )
                                       )
16  _____)

17          Defendant ROY KOCH JR., by and through his attorney of record, CAROL MOSES,

18  hereby respectfully moves this court for an Order amending Mr. Koch's report date from October

19  30, 2009 to December 3, 2009, or a date thereafter ordered by this court.  The basis for this

20  motion is the unexpected personal injury suffered by Mr. Koch in a September 17, 2009 slip and

21  fall at his residential complex wherein he fractured his knee and a subsequent fall in the shower

22  on October 11, 2009, which aggravated the injury.

23

24                       **BRIEF PROCEDURAL HISTORY**

25          On November 17, 2008, Mr. Koch, a resident from Illinois, was arrested for three Class B

26  misdemeanors in Yosemite Valley, Yosemite National Park.  Mr. Koch qualified for appointed

27  counsel and requested the court appoint counsel.  A Rule 43 waiver was approved by the court on

28  November 17, 2008 for all subsequent appearances. After his release from custody, Mr. Koch

1  returned to Illinois.

2          On March 31, 2009, Mr. Koch, represented by counsel, and pursuant to a written plea

3  agreement, entered a guilty plea to all charges, Violation Notice P0618761 - 36 CFR 2.32(a)(1) -

4  Interference; Violation Notice P0618759 - 36 CFR 2.35( c) - Under the Influence of Alcohol,;

5  and Violation Notice P0618760 - 36 CFR 2.35(b)(2) - Possession of a Controlled Substance,

6  Marijuana.   Mr. Koch agreed to the matter being referred to the United States Probation Office

7  for a Pre-Sentence Report.

8          On August 11, 2009, Mr. Koch was sentenced by United States Magistrate Edmund F.

9  Brennan, to six months in custody with a surrender date of October 30, 2009, to the United States

10  Marshal in East St. Louis, Illinois.

11

12          **FACTUAL BASIS FOR MOTION TO EXTEND SURRENDER DATE**

13          On September 17, 2009, Mr. Koch slipped and fell on a ramp which was wet and slippery

14  from rain at his residential complex. He fell in a twisting manner and injured his left knee. He

15  was taken by ambulance to the Emergency Room at St. Elizabeth's Hospital in Belleville,

16  Illinois. (Exhibit A)  He suffered significant, pain, swelling and discoloration to the left knee. He

17  was released from the Emergency Room with orders to use a brace, and crutches until cleared by

18  orthopedic surgeon Dr. Johnston. He was prescribed vicodin for pain.  Dr. Johnston with the

19  Center for Orthopedic Surgery in Belleville, Illinois, ordered an MRI on Mr. Koch's knee, which

20  was obtained October 5, 2009.  The MRI Impression showed, in layman's terms, two fractures in

21  the left knee, a torn medial collateral ligament and a medial meniscal tear. (Exhibit B). Mr. Koch

22  was ordered to stay off the knee, continue wearing the brace, to use crutches at all times and to

23  begin physical therapy on October 15, which is to continue through November 12, at which time

24  a decision will be made whether surgery will be required.

25          On October 11, 2009, Mr. Koch again slipped and fell, only this time in the shower,

26  aggravating the injury from September 17.  Defense counsel is waiting for additional medical

27  records relating to this second fall.

28  ///

1

**CONCLUSION**

2        It is Mr. Koch's request that the court extend his current surrender date of October 30,

3  2009 to December 3, 2009.  The basis for the request is outlined above and the rationalization is

4  that Mr. Koch will have completed physical therapy by November 12, 2009. Should surgery be

5  required, Mr. Koch is under the impression, the surgery could occur well in advance of

6  December 3, 2009.  Mr. Koch would then be ordered to be sedentary with gradual movement and

7  home exercises required, which he believes he could perform in federal custody.

8        Therefore, it is respectfully requested this court amend Mr. Koch's surrender date to the

9  United States Marshals to December 3, 2009.

10  Date: October 15, 2009

Respectfully submitted,

11

12                           By: /s/ Carol Ann Moses
                              CAROL ANN MOSES

13                              Attorney for Defendant
                              ROY KOCH, JR.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    ***ORDER***

2

3    The Court, having reviewed the above request to amend the surrender date for Defendant,

4    ROY KOCH, until December 3, 2009, and Order Thereon, HEREBY ORDERS AS FOLLOWS:

5    1.    Defendant, ROY KOCH'S, surrender date to the U.S. Marshals shall be amended

6          from October 30, 2009 to December 3, 2009.

7

8    IT IS SO ORDERED.

9    **Dated:    October 21, 2009**                        **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28