**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite #112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016

Attorney for Defendant,
ROY KOCH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:08-mj-00248-YNP |
| Plaintiff, | SECOND DEFENDANT'S MOTION TO AMEND SURRENDER DATE AND ORDER THEREON |
| v. | |
| ROY KOCH, JR, | |
| Defendant. | |

    Defendant ROY KOCH JR., by and through his attorney of record, CAROL MOSES, hereby respectfully move this court for an Order amending Mr. Koch's report date from December 3, 2009 to December 4, 2009 at 3:00 pm, or a date thereafter ordered by this court. The basis for this motion is that Mr. Koch must travel from Belleville, Illinois to the Beckley Prison which is outside Hinton, West Virginia. Mr. Koch will be traveling by Amtrak which does not make daily stops at Hinton and in fact during the first week of December only stops once in Hinton on December 4, 2009 at 10:39 a.m.  Hinton is the closest town to the Beckley Prison.  Mr. Koch suffered from an unexpected personal injury in a September 17, 2009 slip and fall at his residential complex and a subsequent fall in the shower on October 11, 2009, which

///

///

///

SECOND DEFENDANT'S MOTION TO AMEND SURRENDER DATE AND [PROPOSED] ORDER THEREON     1

1  triggered Mr. Koch's first request for an amended surrender date.  Mr. Koch requests that his
2  current surrender date of December 3, 2009 be amended to December 4, 2009 so that his travel
3  connections allow him to report to the Beckley Prison on the day he arrives in West Virginia.

**BRIEF PROCEDURAL HISTORY**

5  On November 17, 2008, Mr. Koch, a resident from Illinois, was arrested for three Class B
6  misdemeanors in Yosemite Valley, Yosemite National Park.  Mr. Koch qualified for appointed
7  counsel and requested the court appoint counsel.  A Rule 43 waiver was approved by the court on
8  November 17, 2008 for all subsequent appearances. After his release from custody, Mr. Koch
9  returned to Illinois.

10  On March 31, 2009, Mr. Koch, represented by counsel, and pursuant to a written plea
11  agreement, entered a guilty plea to all charges, Violation Notice P0618761 - 36 CFR 2.32(a)(1) -
12  Interference; Violation Notice P0618759 - 36 CFR 2.35( c) - Under the Influence of Alcohol,;
13  and Violation Notice P0618760 - 36 CFR 2.35(b)(2) - Possession of a Controlled Substance,
14  Marijuana.   Mr. Koch agreed to the matter being referred to the United States Probation Office
15  for a Pre-Sentence Report.

16  On August 11, 2009, Mr. Koch was sentenced by United States Magistrate Edmund F.
17  Brennan, to six months in custody with a surrender date of October 30, 2009, to the United States
18  Marshal in East St. Louis, Illinois.

19  On October 20, 2009, Mr. Koch moved the Court for an amended surrender date of
20  December 3, 2009 because of his unresolved medical condition.  He now moves the Court for an
21  amended amended surrender date to accommodate his travel to Beckley Prison.  Mr. Koch will
22  not have knee surgery immediately and his ride to the prison from a family member is no longer
23  available.  Mr. Koch's best option for self-surrender is to take the Amtrak train to Hinton, West
24  Virginia.

**FACTUAL BASIS FOR MOTION TO EXTEND SURRENDER DATE**

26  On September 17, 2009, Mr. Koch slipped and fell on a ramp which was wet and slippery
27  from rain at his residential complex. He fell in a twisting manner and injured his left knee. He was
28  taken by ambulance to the Emergency Room at St. Elizabeth's Hospital in Belleville, Illinois.  He

suffered significant, pain, swelling and discoloration to the left knee. He was released from the Emergency Room with orders to use a brace, and crutches until cleared by orthopedic surgeon Dr. Johnston. He was prescribed vicodin for pain.  Dr. Johnston with the Center for Orthopedic Surgery in Belleville, Illinois, ordered an MRI on Mr. Koch's knee, which was obtained October 5, 2009.  The MRI Impression showed, in layman's terms, two fractures in the left knee, a torn medial collateral ligament and a medial meniscal tear.  Mr. Koch was ordered to stay off the knee, continue wearing the brace, to use crutches at all times and to begin physical therapy on October 15, which is to continue through November 12, at which time a decision will be made whether surgery will be required.

On October 11, 2009, Mr. Koch again slipped and fell, only this time in the shower, aggravating the injury from September 17.  Defense counsel was waiting for additional medical records relating to this second fall, and a determination on the need for knee surgery by his orthopedic surgeon. Mr. Koch has informed counsel that because there is still swelling in the knee, the orthopedic surgeon is not recommending surgery for at least three more months.  It is Mr. Koch's desire to serve his time in the Beckley Prison and if still necessary have the knee surgery performed in six months.

**CONCLUSION**

It is Mr. Koch's request that the court extend his current surrender date of December 3, 2009 to December 4, 2009 at 3:00 pm.  The basis for the request is outlined above and the rationalization is that Mr. Koch will arrive in Hinton, West Virginia on December 4, 2009 at 10:39 a.m; there is only one taxi in Hinton, West Virginia and while the prison is only 21 miles away from Hinton, in an abundance of caution, Mr. Koch requests a surrender time of late afternoon on December 4, 2009.

///
///
///
///
///

1    Therefore, it is respectfully requested this court amend Mr. Koch's surrender date to the
2  Beckley Prison to December 4, 2009.
3  Date: November 13, 2009
                                                   Respectfully submitted,
4
5                                                  By: /s/ Carol Ann Moses
                                                   CAROL ANN MOSES
6                                                  Attorney for Defendant
                                                   ROY KOCH, JR.
7
8
9
10                                    ***ORDER***
11
12   The Court, having reviewed the above request to amend the surrender date for Defendant,
13 ROY KOCH, to December 4, 2009, and [Proposed] Order Thereon, HEREBY ORDERS AS
14 FOLLOWS:
15    1.   Defendant, ROY KOCH'S, surrender date to the Beckley Prison shall be amended
16         from December 3, 2009 to December 4, 2009 by 3:00 p.m..
17
18   IT IS SO ORDERED.
19   Dated:   **November 16, 2009**              /s/ Dennis L. Beck
                                                 UNITED STATES MAGISTRATE JUDGE
20
21
22
23
24
25
26
27
28

SECOND DEFENDANT'S MOTION TO AMEND SURRENDER          4
DATE AND [PROPOSED] ORDER THEREON